# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| *In re Cinfed Federal Credit Union Data Breach Litig.* | Case No.: 1:23-CV-776 <br><br> **JUDGE DOUGLAS R. COLE** <br><br> **NOTICE OF FILING OF CORRECTED DECLARATION OF TERENCE R. COATES IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Valencia R. Davis, Angela Whitterson, Kendall Burwick, Christopher Talbot-Jones, and Daniel Paige, through undersigned counsel, hereby give notice of the filing of a corrected version of the Declaration of Terence R. Coates in Support of Preliminary Approval of Class Action Settlement, filed herein as Doc. 21-2, in order to correct typographical errors only.

The corrected version, attached hereto as Exhibit A, replaces the original version as Exhibit 2 to Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Doc. 21).

Dated: August 12, 2024         */s/ Terence R. Coates*
                               Terence R. Coates (0085579)
                               Dylan J. Gould (0097954)
                               **MARKOVITS, STOCK & DEMARCO, LLC**
                               119 E. Court Street, Suite 530
                               Cincinnati, OH 45202
                               Tel: (513) 651-3700
                               Fax: (513) 665-0219
                               *tcoates@msdlegal.com*
                               *dgould@msdlegal.com*

                               Philip J. Krzeski (0095713)
                               **CHESTNUT CAMBRONNE PA**
                               100 Washington Avenue, Suite 1700
                               Minneapolis, MN 55401-2138
                               Telephone: (612) 339-7300
                               Facsimile: (612) 336-2940
                               *pkrzeski@chestnutcambronne.com*

                               *Interim Plaintiffs' Class Counsel*

David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
*dlietz@milberg.com*

*Counsel for Plaintiff Angela Whitterson and the Putative Class*


Jason C. Kuhlman (0074316)
**THE LAW OFFICE OF JASON C. KUHLMAN, PLLC**
P.O. Box 17216
Fort Mitchell, KY 41017
Tel: (859) 801-2990
*jason@jckuhlmanlaw.com*

Alexander Edmondson*
**EDMONDSON & ASSOCIATES LAW**
28th West 5th
Covington, Kentucky 41011
Tel: (859) 491-4100
*aedmondson@edmondsonlaw.com*

Gary E. Mason (admitted *pro hac vice*)
Danielle L. Perry*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
*gmason@masonllp.com*
*dperry@masonllp.com*
*lwhite@masonllp.com*

*Counsel for Kendall Burwick and the Putative Class*

                              Joseph M. Lyon (0076050)
                              Kevin M. Cox (0099584)
                              **THE LYON FIRM**
                              2754 Erie Avenue
                              Cincinnati, OH 45208
                              513-381-2333
                              Fax: 513-766-9011
                              jlyon@thelyonfirm.com
                              kcox@thelyonfirm.com

                              *Counsel for Christopher Talbot-Jones and the Putative Class*

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing document upon all parties by filing it with the Court's electronic-filing system, in accordance with Fed R. Civ. P 5(b)(2)(E) and S.D. Ohio Civ. R. 5.2(b).

                              */s/ Terence R. Coates*
                              Terence R. Coates (0085579)