# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| *In re Cinfed Federal Credit Union Data Breach Litigation* | Case No.: 1:23-cv-776 <br><br> JUDGE DOUGLAS R. COLE |

**DECLARATION OF AMY LECHNER OF SIMPLURIS, INC., REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**

I, Amy Lechner declare as follows:

1.     Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2.     I am employed as a Program Manager by Simpluris, Inc. ("Simpluris"), the settlement administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this Declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

3.     Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over seventy million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State

of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4. Simpluris was approved by Counsel for both Parties and appointed by the Court in the Opinion and Order entered on September 10, 2024, to provide settlement administration services in this settlement. In this capacity, Simpluris was charged with the following:

    a. Establishing and maintaining a Settlement-specific website at www.cinfeddatasettlement.com;

    b. Establishing and maintaining a Settlement-specific toll-free phone number (1-888-232-1566);

    c. Preparing and sending notice of the Settlement via email to Settlement Class Members;

    d. Mailing a Postcard Notice with detachable Claim Form to Class Members;

    e. Receiving and processing Class Members' requests for exclusion from and objections to the proposed Settlement;

    f. Receiving, processing, and validating Class Members' Claim Forms;

    g. Processing and issuing payments via check or digital disbursement to eligible Class Members, and sending payments to the Settlement Class Representative and Class Counsel;

    h. Providing counsel for the Parties with weekly status reports; and

    i. Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

## **CAFA NOTIFICATION**

5.    On August 15, 2024, pursuant to the Class Action Fairness Act of 2005 ("CAFA") and 28 U.S.C.A. § 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement. Attached hereto as **Exhibit A** is a true and correct copy of the CAFA letter sent to the Attorneys General and the list of recipients.

## **EMAIL NOTICE**

6.    Pursuant to the Opinion and Order, Simpluris formatted the Long Form Notice to be sent to Settlement Class Members via email ("Email Notice") and posted on the Settlement website. Attached as **Exhibit B** is a true and correct copy of the Email Notice.

7.    The Email Notice advised Settlement Class Members of their right to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. The Email Notice advised Settlement Class members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members may obtain additional information.

8.    On or about September 16, 2024, Counsel for Defendant provided Simpluris with the Class List containing 57,953 known Settlement Class Members' names and mailing addresses and a file of 29,001 Class Members email addresses. Upon intake and processing of the data file, Simpluris deduplicated 117 records and 10 records were found to contain no mailing addresses for noticing but were maintained in the Class List. The final Class List was confirmed to contain 57,836 Class Members, 57,826 of whom had valid mailing addresses.

9.    Upon receipt of the Class List, Simpluris "scrubbed" the data to ensure it was in proper format for distributing the Notice via mail and email. In an effort to ensure that the

Notice would be delivered to class members by email, Simpluris conducted a thorough validation process to ensure the accuracy and deliverability of the provided email addresses. This process included verifying the validity of each email address and confirming that the associated email domains were active and capable of receiving messages. Following this verification, Simpluris identified 4,690 valid email addresses to be used for the Email Notice campaign.

10. On October 10, 2024, Simpluris sent the Email Notice to the 4,690 Settlement Class Members in the Class List with a valid email address. Of the 4,690 Email Notices sent, 4,658 were reported successfully delivered and 32 were reported as "bounced-back" and deemed undeliverable.

## **MAIL NOTICE**

11. Pursuant to the Preliminary Approval Order, Simpluris formatted the Postcard Notice with a detachable return Claim Form ("Mail Notice") to be sent to Class Members by mail. Attached hereto as **Exhibit C** is a true and correct copy of the Mail Notice.

12. The Mail Notice advised Class Members of their right to submit a claim, request exclusion from the Settlement, object to the Settlement, or do nothing, and the implications of each such action. The Mail Notice advised Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Class Members could obtain additional information.

13. As noted above, 57,826 members had a valid mailing addresses for notice. Simpluris "scrubbed" the data to ensure it was in proper format for distributing the Mail Notice via U.S. Mail. In an effort to ensure that the Mail Notices would be delivered to Class Members, Simpluris compared the address data against the United States Postal Service ("USPS")

DECLARATION OF AMY LECHNER OF SIMPLURIS REGARDING NOTICE
AND SETTLEMENT ADMINISTRATION

National Change of Address ("NCOA") database and updated the data to a Settlement-specific database with the changes received from NCOA.

14.     On October 10, 2024, Simpluris mailed the Mail Notice to the 57,826 Class Members with an available mailing address.

15.     As of January 27, 2025, 8,725 Mail Notices were returned by USPS. For the Mail Notices returned without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on all of these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the class member's name and previous address to locate a more current address. Of the 8,725 Mail Notice returned, 6,879 were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 1,846 were determined to be undeliverable because no updated address was available.

## NOTICE REACH

16.     Through the Notice procedures outlined above, Simpluris attempted to send direct notice to 57,826 of the 57,836 Class Members (99.98% of the Class). As of January 27, 2025, the Notice Program reached a total of 55,990 (96.8%) of Class Members.[1] This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[2] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[3] The table

---

[1] A Class Member is considered "reached" by direct Notice if a Notice mailed to the Class Member has not been returned by the USPS as undeliverable or, if a Notice mailed to the Class Member was returned by the USPS as undeliverable, a subsequent Notice was mailed to an alternative mailing address for the Class Member and was not returned.

[2] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

[3] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation: A Pocket Guide for Judges, at 27 (3d Ed. 2010).

DECLARATION OF AMY LECHNER OF SIMPLURIS REGARDING NOTICE
AND SETTLEMENT ADMINISTRATION

below provides an overview of dissemination results for the direct Notice Plan. Notice was also emailed to 4,690 Class Members with 4,658 of those Class Members receiving the email notice.

| Table 1: Direct Notice Program Dissemination & Reach | | |
|---|---|---|
| **Description** | **Volume of Class Members** | **Percentage of Class Members (%)** |
| Class Members | 57,836 | 100.0% |
| Initial Notice Mailing | | |
| (+) Notices Mailed (Initial Campaign) | 57,826 | 99.98% |
| (+) Notices Mailed (Initial Skip Traces) | 8,725 | 0.1% |
| (-) Total Notices Returned as Undeliverable | 1,846 | 0.5% |
| Direct Notice Program Reach | | |
| (=) Received Direct Notice | 55,990 | 96.8% |

## <u>WEBSITE AND TELEPHONE NUMBER</u>

17.     On October 10, 2024, Simpluris published the Settlement website at www.cinfeddatasettlement.com to advise Settlement Class Members of their right to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. Attached as **Exhibit D** and **Exhibit E** are true and correct copies of the Notice of Class Action and Proposed Settlement and the Claim Form, respectively, as posted on the Settlement website

18.     The Settlement website made available Settlement-related documents, including the Notice of Proposed Class Action Settlement, Claim Form, the Opinion and Order, the Settlement Agreement, Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Consolidated Amended Class Action Complaint and Jury Trial Demand, and Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards.

19.     As of January 27, 2025, the Settlement website has been visited by 2,155 unique users and logged a total of 6,994 page views.

20.     A Settlement-specific toll-free telephone number was included in the Notice for the purpose of allowing Class Members to listen to recorded information regarding the

DECLARATION OF AMY LECHNER OF SIMPLURIS REGARDING NOTICE
AND SETTLEMENT ADMINISTRATION

Settlement via an Interactive Voice Response ("IVR") system. The IVR is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. Live agents are available to answer questions during business hours. The toll-free telephone number included in the Notice is (888) 232-1566. This telephone number is active and has been available to the public since October 21, 2024.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

21.     The postmark deadline for Class Members to submit a request for exclusion ("Opt Out") from the proposed Settlement or object to the proposed Settlement was December 10, 2024.

22.     As of January 27, 2025, Simpluris has received zero (0) requests for exclusion and is aware that one (1) objection to the proposed Settlement was filed on the docket.

## CLAIM FORMS RECEIVED AND PROCESSED

23.     The postmark deadline for Class Members to submit a Claim Form was January 8, 2025. If a Class Member filed a Claim Form with a curable deficiency, Simpluris mailed the Class Member a notice providing information on how to cure the deficiency and provided 15 days to cure the deficiency.

24.     As of January 27, 2025, Simpluris has received 2,512 Claim Forms, including 1,173 web claims, 1,332 postcard claim forms, and 7 full physical mailed claim forms. Of the 2,512 claims, 1,732 are processed as valid, and 708 are deficient for missing required information.

25.     Of the 2,512 Claim Forms, 72 were submitted after the postmark deadline and have no other deficiencies. Per agreement between the Parties, these 72 claims are accepted as valid. Accordingly, there are 1,804 valid claims.

## SETTLEMENT FUND AND ESTIMATED AWARDS

26.     There are 1,804 Class Members who submitted a valid claim and are entitled to Claimed Benefits of Pro Rata Cash Payment and/or Out-of-Pocket Expenses.

DECLARATION OF AMY LECHNER OF SIMPLURIS REGARDING NOTICE
AND SETTLEMENT ADMINISTRATION

27.   Pursuant to the Settlement Agreement, Pro Rata Cash Payments will be calculated after the distribution of Settlement Costs and approved Out-of-Pocket Expenses are awarded. Settlement Costs are calculated as follows:

| | |
|---|---|
| Attorneys' Fees (Requested) | $233,333.33 |
| Litigation Cost and Expenses (Requested) | $12,278.04 |
| Class Representative Award (Requested) | $10,000.00 |
| Administration Costs | $52,250.00 |
| **Settlement Costs** | **$307,861.37** |

28.   Document review for Out-of-Pocket Expenses claimed and Pro Rata Cash Payment calculations are ongoing, to be completed upon final approval.

## ADMINISTRATION COSTS

29.   Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $52,250.00.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 28th day of January, 2025, in Philadelphia, Pennsylvania.

*Amy Lechner*
_____
AMY LECHNER

DECLARATION OF AMY LECHNER OF SIMPLURIS REGARDING NOTICE
AND SETTLEMENT ADMINISTRATION

# EXHIBIT A



August 15, 2024

*VIA MAIL/EMAIL – DISTRIBUTION LIST ATTACHED*

Re:     *In re Cinfed Federal Credit Union Data Breach Litigation*
        **Case No. 1:23-CV-776 (Southern District of Ohio, Western Division)**
        **NOTICE OF PROPOSED SETTLEMENT**

Dear Attorneys General and Appropriate Officials:

Defendant Cinfed Federal Credit Union provides this notice pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C.A. § 1715. The parties to the above-referenced class action have reached a proposed class settlement including all persons Defendant identified as being among those individuals impacted by the Data Breach, including all who were sent a notice of the Data Breach, identified as a targeted cyberattack on Defendant's network that resulted in unauthorized access to the Private Information of its members on or about September 22, 2023, until September 25, 2023, that involved an unauthorized third-party accessing Defendant's network and computer systems and potentially accessing the Private Information of Plaintiffs and the Class Members.

In the current operative Consolidated Amended Complaint ("CAC"), filed February 26, 2024, Plaintiffs alleged individually and on behalf of the Class that, as a direct result of the Data Incident, Plaintiffs and Class Members have suffered numerous actual and imminent injuries, including invasion of privacy, the loss of the benefit of their bargain, out-of-pocket expenses, and the value of their time reasonably incurred to remedy or mitigate the effects of the attack. Plaintiffs, individually and on behalf of other members of the Class, asserted claims for Negligence (Count I), Negligence *Per Se* (Count II), Breach of Implied Contract (Count III), and Unjust Enrichment (Count IV). Plaintiffs also seek Declaratory Judgment and Injunctive Relief (Count VII).

Pursuant to 28 U.S.C. § 1715(b), please visit the website link listed below to view documents which contain of all the necessary information regarding the proposed Settlement. The documents available on the website are listed below.

**Document Site:**          **https://transfer.simpluris.com/link/PCJkbgup1DQfuX7Es1JJF7**

**Available Documents:**     **Exhibit A – Plaintiffs' Unopposed Motion for Preliminary**
                            **Approval of Class Action Settlement**
                            **Exhibit B – Notice of Proposed Class Action Settlement**
                            **Exhibit C – Settlement Agreement**
                            **Exhibit D – Class Action Complaint and Jury Trial Demand**



*In re Cinfed Federal Credit Union Data Breach Litigation*
August 15, 2024
Page 2 of 4

Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement was filed on August 5, 2024 (*see* Exhibit A). The Honorable Douglas Russell Cole for the U.S. District Court in the Southern District of Ohio–Western Division, presiding, has not ruled on the motion at hand, and no hearing is currently scheduled.

Pursuant to 28 U.S.C. § 1715(b)(7)(B), the current known number of class members is 57,953. The proportionate percentage of shares of Settlement Class Member claims available to each class member by state of residence, as currently known, is shown below; however, each class member's proportionate share will be based on the claims process detailed in the enclosed documents.

| STATE OF RESIDENCE | COUNT OF MEMBERS | % ALLOCATION OF SHARE |
|---|---|---|
| AA | 1 | 0.00% |
| AE | 3 | 0.01% |
| AK | 6 | 0.01% |
| AL | 54 | 0.09% |
| AP | 2 | 0.00% |
| AR | 12 | 0.02% |
| AZ | 82 | 0.14% |
| CA | 146 | 0.25% |
| CO | 67 | 0.12% |
| CT | 13 | 0.02% |
| DC | 14 | 0.02% |
| DE | 8 | 0.01% |
| FL | 571 | 0.99% |
| GA | 302 | 0.52% |
| HI | 5 | 0.01% |
| IA | 9 | 0.02% |
| ID | 8 | 0.01% |
| IL | 104 | 0.18% |
| IN | 1,117 | 1.93% |
| KS | 31 | 0.05% |
| KY | 16,453 | 28.39% |
| LA | 15 | 0.03% |
| MA | 19 | 0.03% |



*In re Cinfed Federal Credit Union Data Breach Litigation*
August 15, 2024
Page 3 of 4

| | | |
|---|---|---|
| MD | 99 | 0.17% |
| ME | 4 | 0.01% |
| MI | 117 | 0.20% |
| MN | 13 | 0.02% |
| MO | 56 | 0.10% |
| MS | 17 | 0.03% |
| MT | 7 | 0.01% |
| NC | 177 | 0.31% |
| ND | 4 | 0.01% |
| NE | 2 | 0.00% |
| NH | 6 | 0.01% |
| NJ | 18 | 0.03% |
| NM | 15 | 0.03% |
| NV | 31 | 0.05% |
| NY | 68 | 0.12% |
| OH | 37,373 | 64.49% |
| OK | 21 | 0.04% |
| OR | 24 | 0.04% |
| PA | 94 | 0.16% |
| PR | 1 | 0.00% |
| RI | 6 | 0.01% |
| SC | 78 | 0.13% |
| SD | 7 | 0.01% |
| TN | 176 | 0.30% |
| TX | 257 | 0.44% |
| UT | 15 | 0.03% |
| VA | 106 | 0.18% |
| VT | 4 | 0.01% |
| WA | 46 | 0.08% |
| WI | 37 | 0.06% |
| WV | 30 | 0.05% |
| WY | 2 | 0.00% |
| **TOTAL MEMBERS:** | **57,953** | **100.00%** |



*In re Cinfed Federal Credit Union Data Breach Litigation*
August 15, 2024
Page 4 of 4

For additional information about this Settlement, please contact:

| Settlement Administrator: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Amy Lechner<br>SIMPLURIS, INC.<br>3194 Airport Loop Dr., Ste. C<br>Costa Mesa, CA 92663<br>alechner@simpluris.com | Phillip J. Krzeski<br>Chestnut Cambronne PA<br>100 Washington Ave South<br>Suite 1700<br>Minneapolis, MN 55401<br>pkrzeski@chestnutcambronne.com | Sam A. Camardo<br>Baker & Hostetler LLP<br>127 Public Square<br>Suite 2000<br>Cleveland, OH 44114<br>scamardo@bakerlaw.com |

Additional materials filed in this action may be obtained through PACER, which is accessible at:
https://www.pacer.uscourts.gov/file-case/court-cmecf-lookup.

Regards,

Amy Lechner
Program Manager, Privacy

## CAFA NOTICE DISTRIBUTION LIST
*In re Cinfed Federal Credit Union Data Breach Litigation*

Office of the Attorney General
Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

National Credit Union Administration
1775 Duke Street
Alexandria, VA 22314

Office of the Attorney General
Steve Marshall
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152

Office of the Attorney General
Treg Taylor
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
Via Email: consumerprotection@alaska.gov

Attorney General's Office
Fainu'ulelei Falefatu Ala'ilima-Utu
American Samoa Gov't, Exec. Ofc. Bldg.
Utulei, Territory of American Samoa
Pago Pago, AS 96799

Office of the Attorney General
Kris Mayes
2005 N. Central Avenue
Phoenix, AZ 85004-2926

Office of the Attorney General
Tim Griffin
323 Center Street, Suite 200
Little Rock, AR 72201-2610

Office of the Attorney General
Rob Bonta
1300 I Street, Suite 1740
Sacramento, CA 95814

CAFA Coordinator
Office of the Attorney General, Consumer
Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Office of the Attorney General
Phil Weiser
Ralph L Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

Office of the Attorney General
William Tong
165 Capital Avenue
Hartford, CT 06106

Office of the Attorney General
Kathy Jennings
Carvel State Office Bldg
820 N. French Street
Wilmington, DE 19801

Office of the Attorney General
Brian Schwalb
400 6th Street NW
Washington, DC 20001

Office of the Attorney General
Ashley Moody
The Capitol PL 01
Tallahassee, FL 32399-1050
Via Email:
Patrick.crotty@myfloridalegal.com

Office of the Attorney General
Chris Carr
40 Capitol Square SW
Atlanta, GA 30334-1300

Office of the Attorney General
Douglas Moylan
ITC Building
590 S Marine Corps Drive, Ste. 706
Tamuning, GU 96913

# CAFA NOTICE DISTRIBUTION LIST
*In re Cinfed Federal Credit Union Data Breach Litigation*

Department of the Attorney General
Anne E. Lopez
425 Queen St
Honolulu, HI 96813-2903

Office of the Attorney General
Raúl Labrador
700 W. Jefferson Street, Ste. 210
PO Box 83720
Boise, ID 83720-1000

Office of the Attorney General
Jasmine Ramos-Rojas
James R. Thompson Center
100 W Randolph St
Chicago, IL 60601
Via Email: jasmine.ramosrojas@ilag.gov

Indiana Attorney General's Office
Todd Rokita
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204

Iowa Attorney General
Brenna Bird
Hoover State Office Bldg
1305 E.Walnut St.
Des Moines, IA 50319

Office of the Attorney General
Kris Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

Office of the Attorney General
Daniel Cameron
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

Office of the Attorney General
Jeff Landry
P.O. Box 94095
Baton Rouge, LA 70804-4095

Office of the Attorney General
Aaron Frey
State House Station 6
Augusta, ME 4333

Office of the Attorney General
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202-2202

Office of the Attorney General
Andrea Campbell
ATTN: CAFA Coordinator/General
Counsel's Office
One Ashburton Place
Boston, MA 2108

Department of the Attorney General
Dana Nessel
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909-0212

Office of the Attorney General
Keith Ellison
Suite 102, State Capital
75 Dr. Martin Luther King, Jr. Blvd.
St. Paul, MN 55155

MS Attorney General's Office
Lynn Fitch
Department of Justice
P.O. Box 220
Jackson, MS 39205

## CAFA NOTICE DISTRIBUTION LIST
*In re Cinfed Federal Credit Union Data Breach Litigation*

Missouri Attorney General's Office
Andrew Bailey
Supreme Ct Bldg.
207 W. High Street
Jefferson City, MO  65101

Nebraska Attorney General
Mike Hilgers
State Capitol
PO Box 98920
Lincoln, NE  68509-8920

Office of the Attorney General
John Formella
33 Capitol St.
Concord, NH  3301

Office of the Attorney General
Raul Torrez
PO Drawer 1508
Santa Fe, NM  87504-1508

Attorney General's Office
Josh Stein
9001 Mail Service Center
Raleigh, NC  27699-6400

Office of the Attorney General
Edward Manibusan
Administration Building
P.O. Box 10007
Saipan, MP  96950-8907

Office of the Attorney General
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK  73105

Office of the Attorney General
Austin Knudsen
Justice Bldg.
215 N. Sanders
Helena, MT  59620-1401

Office of the Attorney General
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV  89701
Via Email: NVAGCAFAnotices@ag.nv.gov

Office of the Attorney General
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ  08625

Office of the Attorney General
Letitia James
Attn: CAFA Coordinator
28 Liberty Street, 15th Floor
New York, NY  10005
Via Email: CAFA.Notices@ag.ny.gov

Office of the Attorney General
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND  58505-0040

Office of the Attorney General
Dave Yost
State Office Tower
30 E. Broad Street, 14th Floor
Columbus, OH  43215

Office of the Attorney General
Ellen F. Rosenblum
Justice Bldg.
1162 Court Street NE
Salem, OR  97301

## CAFA NOTICE DISTRIBUTION LIST
*In re Cinfed Federal Credit Union Data Breach Litigation*

Office of the Attorney General
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

PR Department of Justice
Domingo Emanuelli Hernández
P.O. Box 9020192
San Juan, PR 00902-0192

Office of the Attorney General
Peter F. Neronha
150 S. Main Street
Providence, RI 2903

Office of the Attorney General
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211-1549

Office of the Attorney General
Marty Jackley
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501

Office of the Attorney General
Jonathan Skrmetti
425 5th Avenue North
Nashville, TN 37243

Office of the Attorney General
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Office of the Attorney General
Sean Reyes
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

Office of the Attorney General
Charity R. Clark
109 State St
Montpelier, VT 05609-1001

Office of the Attorney General
Carol Thomas-Jacobs
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St Thomas, VI 802

Office of the Attorney General
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

Office of the Attorney General
Bob Ferguson
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100
Via Email: privatecpa@ATG.WA.GOV

Office of the Attorney General
Patrick Morrisey
State Capitol
1900 Kanawha Blvd. E.
Charleston, WV 25305

Office of the Attorney General
Joshua Kaul
State Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707-7857

Office of the Attorney General
Bridget Hill
109 State Capitol
200 W. 24th St.
Cheyenne, WY 82002

# EXHIBIT B

Cinfed Federal Credit Union Data Breach – Email Notice

From: noreply@cinfeddatasettlement.com
To: «Class Member Email»
Re: Notice of Proposed Class Action Settlement – Cinfed Federal Credit Union Data Breach

---

**Class Member Name:** «Firstname» «Lastname»

**Class Member ID:** «SIMID»

**Notice ID:** «Claim Login ID»

**PIN:** «PIN»

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

*In re Cinfed Federal Credit Union Data Breach Litigation, Case No. 1:23-cv-776*
*A court has authorized this notice. This is not a solicitation from a lawyer.*

---

**If You Were Subject to the Cinfed Federal Credit Union ("Cinfed") Data Incident and Previously Received a Notice Letter Notifying You of the Incident, You Could be Eligible for a Payment from a Class Action Settlement**

---

- You may be eligible to receive a payment from a proposed $700,000 non-reversionary class action settlement (the "Settlement Fund").

- The class action lawsuit concerns a cyberattack experienced by Cinfed between September 22, 2023, until September 25, 2023, (the "Data Incident") involving Cinfed in which it was determined that an unauthorized third party may have gained access to certain Cinfed files containing names, Social Security numbers, and financial information (collectively referred to in this Settlement as "Private Information"). Cinfed denies any wrongdoing and denies that it has any liability but has agreed to settle the lawsuit on a classwide basis.

- To be eligible to make a claim, you must have received a notice letter of the Cinfed Data Breach that occurred between September 22, 2023, until September 25, 2023.

- The Court still will have to decide whether to approve the Settlement. Payments to Class Members will be made if the Court approves the Settlement and after any possible appeals are resolved.

- Eligible claimants under the Settlement Agreement will be eligible to receive the following Settlement benefits:

**MONETARY COMPENSATION**

1. **Pro-Rata Cash Payment:** **$65 cash payment from the Settlement Fund that will be increased or decreased pro rata depending on the amount remaining in the Settlement Fund after allocation of the Settlement Fund for reimbursement of documented Out-of-Pocket Expenses, attorneys' fees and expenses, Service Awards, and Notice and Administrative Expenses; and/or,**

2. **Out-of-Pocket Expenses:** **Reimbursement for the actual amount of unreimbursed Out-of-Pocket Expenses or expenses up to $5,000, with supporting documentation of the monetary losses or expenses.**

For more information or to submit a claim visit **www.cinfeddatasettlement.com** or call (888) 232-1566 Monday through Saturday, between 8:00 a.m. and 5:00 p.m. PST.

**Your rights and options as a Class Member – and the deadlines to exercise your rights – are explained in this notice. Please read this notice carefully. Your legal rights will be affected, and you have a choice to make at this time.**

## SUMMARY OF LEGAL RIGHTS

- **Submit a Claim Form** – This is the only way to receive payment. Claims must be submitted online at **www.cinfeddatasettlement.com** or mailed and postmarked on or before **January 8, 2025**.

- **Exclude Yourself By Opting Out of the Class** – You will receive no payment. If you are a Class Member, you must exclude yourself from this class action settlement in order to retain your right to bring any other lawsuit against Defendant for the same claims. A request for exclusion must be mailed to the Settlement Administrator and postmarked on or before **December 10, 2024**.

- **Object to the Settlement and/or Attend the Fairness Hearing** – You can write the Court about why you agree or disagree with the Settlement. The Court cannot order a different Settlement. You can also ask to speak to the Court at the Final Approval Hearing on February 11, 2025, about the fairness of the Settlement, with or without your own attorney. An objection to the Settlement must be filed with the Court and received on or before **December 10, 2024**.

- **Do Nothing** – If you do nothing, you will receive no payment and, if you are a Class Member, you will give up your rights to bring any other lawsuit against Defendant for the same claims.

## BASIC INFORMATION

### 1. Why is there a notice?

The Court authorized this notice because you have a right to know about the Settlement, and all of your options, before the Court decides whether to give "final approval" to the Settlement. This notice explains the nature of the lawsuit that is the subject of the Settlement, the general terms of the Settlement, and your legal rights and options.

Judge Douglas R. Cole of the United States District Court for the Southern District of Ohio case captioned as *In Re: Cinfed Federal Credit Union Data Breach Litigation,* Case No. 1:23-cv-776. The individuals who brought the lawsuit, Plaintiffs Valencia Davis, Angela Whitterson, Kendall Burwick, Christopher Talbot-Jones, and Daniel Paige are called the Plaintiffs. The entity being sued, Cinfed, called the Defendant.

### 2. What is this lawsuit about?

The lawsuit claims that Defendant was responsible for the Data Incident and that Plaintiffs were injured as a result of the Data Incident.

Defendant denies these claims and says it did not do anything wrong. No court or other judicial entity has made any judgment or other determination that Defendant has any liability for these claims or did anything wrong.

### 3. Why is this lawsuit a class action?

In a class action, one or more people called class representatives or representative plaintiffs sue on behalf of all people who have similar claims. Together, all of these people are called a class, and the individuals are called class members. One court resolves the issues for all class members, except for those who exclude themselves from the class.

### 4. Why is there a Settlement?

The Court has not decided in favor of the Plaintiffs or Defendant. Instead, both sides agreed to the Settlement. The Settlement avoids the cost and risk of a trial and related appeals, while providing benefits to members of the Class ("Class Members"). The Class Representatives appointed to represent the Class and the attorneys for the Class ("Class Counsel," see Question 18) think the Settlement is best for all Class Members.

### WHO IS IN THE SETTLEMENT?

### 5. How do I know if I am part of the Settlement?

You are a Class Member if you reside in the United States and your Private Information was affected by the Data Incident, including those Person who were sent a Notice Letter notifying them that their Private Information was affected by the ~~d~~Data Incident.

Only Class Members are eligible to receive benefits under the Settlement. Specifically excluded from the Class are (i) all Persons who timely and validly request exclusion from the Class, (ii) the Judge assigned to evaluate the fairness of this settlement; and (iii) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity occurrence of the Data Incident or who pleads *nolo contendere* to any such charge.

### 6. What if I am not sure whether I am included in the Settlement?

If you are not sure whether you are included in the Settlement, you may call (888) 232-1566

with questions.  You may also write with questions to: Cinfed Settlement Administrator, P.O. Box 25226, Santa Ana, CA 92799, or visit **www.cinfeddatasettlement.com**.

## THE SETTLEMENT BENEFITS – WHAT YOU GET IF YOU QUALIFY

### 7. What does the Settlement provide?

The Settlement provides that Defendant will fund the following payments up to a total of $700,000: (a) up to $5,000 for reimbursement of your documented Out-of-Pocket Expenses reasonably traceable to the Data Incident; and (b) a *pro rata* $65 cash payment, subject to adjustment as set forth below.

The $65 *pro rata* payment will be dispersed after the distribution of attorneys' fees, Class Counsel's litigation expenses, Service Awards, Notice and Administrative Expenses, and other Settlement benefits to claimants. The other Settlement benefits are also subject to *pro rata* reduction as needed in the event that the total claims exceed the $700,000 cap on payments to be made by Defendant, and payments may also be increased on a *pro rata* basis until the Settlement Fund is distributed. Payment of (1) attorneys' fees, costs, and expenses (see Question 19) and (2) the costs of notifying the Class and administering the Settlement will also be paid out of the Settlement Fund.

### 8. What payment are available for reimbursement under the Settlement?

Class Members who submit a claim are eligible to receive:

a) A potential residual cash payment of the remainder funds, which is estimated to be $65 but may adjusted upward or downward *pro rata* based on how many other claims are made.

b) Reimbursement of actual, documented, unreimbursed Out-of-Pocket Expenses resulting from the Data Incident (up to $5,000 in total), such as the following incurred on or after September 1, 2023:
   - Unreimbursed losses relating to fraud or identity theft;
   - Professional fees including attorneys' fees, accountants' fees, and fees for credit repair services;
   - Costs associated with freezing or unfreezing credit with any credit reporting agency;
   - Credit monitoring costs that were incurred on or after the Data Incident through the date of claim submission;
   - Parking expenses or other transportation expenses for trips to a financial institution to address fraudulent charges or receive a replacement payment card;
   - Instances of verified fraud such as fraudulent bank or credit card charges, fraudulent tax filings, fraudulent opening/closing of bank or credit accounts, unemployment filings, or other fraudulent actions taken using your information from the Data Incident;
   - Miscellaneous expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges; and
   - Other expenses that are reasonably attributable to the Data Incident that were not reimbursed.

**HOW DO YOU SUBMIT A CLAIM?**

**9. How do I get a benefit?**

To receive a benefit under the Settlement, you must complete and submit a claim for that benefit (a "Claim"). Every Claim must be made on a form ("Claim Form") available at **www.Cinfeddatasettlement.com** or by calling (888) 232-1566. Claim Forms will also be sent to Class Members as part of the postcard notice and tear-off Claim Form that will be mailed to Class Members. Read the instructions carefully, fill out the Claim Form, provide the required documentation, and submit it according to the instructions on the Claim Form.

**10. How will claims be decided?**

The Settlement Administrator will decide whether and to what extent any Claim made on each Claim Form is valid. The Settlement Administrator may require additional information. If you do not provide the additional information in a timely manner, then the Claim will be considered invalid and will not be paid.

**11. When will I get my payment?**

The Court will hold a Final Approval Hearing on **February 11, 2025, at 11:00 a.m. EST** to decide whether to approve the Settlement. If the Court approves the Settlement, there may be appeals from that decision and resolving those can take time, perhaps more than a year. It also takes time for all the Claim Forms to be processed.  Please be patient.

**WHAT DOES DEFENDANT GET?**

**12. What am I giving up as part of the Settlement?**

The Defendant gets a release from all claims covered by this Settlement. Thus, if the Settlement becomes final and you do not exclude yourself from the Settlement, you will be a Class Member and you will give up your right to sue Defendant and other persons ("Released Persons") as to all claims ("Released Claims") arising out of or relating to the Data Incident. This release is described in the Settlement Agreement, which is available at **www.cinfeddatasettlement.com**. If you have any questions you can talk to the law firms listed in Question 18 for free or you can talk to your own lawyer.

**EXCLUDING YOURSELF FROM THE SETTLEMENT**

**13. If I exclude myself from the Settlement, can I get a payment from this Settlement?**

No.  If you exclude yourself you will not be entitled to receive any benefits from the Settlement, but you will not be bound by any judgment in this case. If you do not want to be part of this Settlement, then you must take steps to exclude yourself from the Class.  This is sometimes referred to as "opting out" of the Class.

**14. If I do not exclude myself, can I sue Defendant for the same thing later?**

No. Unless you exclude yourself, you give up any right to sue Defendant (and any other Released

Persons) for the claims that this Settlement resolves. You must exclude yourself from the Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case. If you want to exclude yourself, then do not submit a Claim Form to ask for any benefit under the Settlement.

## 15. How do I exclude myself from the Settlement?

To exclude yourself, send a letter that says you want to be excluded or opt-out from the Settlement in *In re Cinfed Federal Credit Union Data Breach Litigation,* Case No. 1:23-cv-776, Untied States District Court, Southern District of Ohio. The letter must: (a) state your full name, address, and telephone number; (b) contain your personal and original signature or the original signature of a person authorized by law to act on your behalf; and (c) state unequivocally your intent to be excluded from the Settlement. You must mail your exclusion request postmarked by **December 10, 2024,** to: Cinfed Settlement Administrator, P.O. Box 25226, Santa Ana, CA 92799.

## OBJECTING TO THE SETTLEMENT

## 16. How do I tell the Court that I do not like the Settlement?

You can tell the Court that you do not agree with the Settlement or some part of it by objecting to the Settlement. The Court will consider your views in its decision on whether to approve the Settlement. The Court can only approve or deny the Settlement and cannot change its terms. To object, you must mail your objection to the Clerk of the Court, at the mailing addresses listed below, postmarked by **no later** than the Objection Deadline, **December 10, 2024:**

Office of the Clerk
Potter Stewart U.S. Courthouse, Room 103
100 East Fifth Street
Cincinnati, Ohio
(513) 564-7620

Your objection must be written and must include all of the following: (i) the objector's full name and address; (ii) the case name and docket number, *In re Cinfed Federal Credit Union Data Breach Litigation,* Case No. 1:23-cv-776 (S.D. Ohio); (iii) information identifying the objector as a Class Member, including proof that the objector is a member of the Class (e.g., copy of the objector's settlement notice, copy of original notice of the Data Incident, or a statement explaining why the objector believes he or she is a Class Member); (iv) a written statement of all grounds for the objection, accompanied by any legal support for the objection the objector believes applicable; (v) the identity of any and all counsel representing the objector in connection with the objection; (vi) a statement whether the objector and/or his or her counsel will appear at the Final Fairness Hearing; and (vii) the objector's signature or the signature of the objector's duly authorized attorney or other duly authorized representative (if any) representing him or her in connection with the objection.

## 17. What is the difference between objecting and asking to be excluded?

Objecting is telling the Court that you do not like the Settlement and why you do not think it should be approved. You can object only if you are a Class Member. Excluding yourself is telling the Court that you do not want to be part of the Class and do not want to receive any payment from the

Settlement. If you exclude yourself, then you have no basis to object because you are no longer a member of the Class and the case no longer affects you. If you submit both a valid objection and a valid request to be excluded, you will be deemed to have only submitted the request to be excluded.

**THE LAWYERS REPRESENTING YOU**

**18. Do I have a lawyer in this case?**

Yes. The Court appointed Terence R. Coates of Markovits, Stock & DeMarco, LLC, 119 E. Court Street, Suite 530, Cincinnati, OH 45202; and Philip J. Krzeski, Chestnut Cambronne, 100 Washington Avenue South, Suite 1700, Minneapolis, MN 55401 as Class Counsel to represent the Class. If you want to be represented by your own lawyer, then you may hire one at your own expense.

**19. How will the lawyers be paid?**

Class Counsel will ask the Court for an award for attorneys' fees up to $233,333.33 plus litigation expenses not to exceed $15,000. Defendant has agreed not to object to any award of attorneys' fees, costs, and expenses up to those amounts, to the extent they are approved by the Court. This payment for any attorneys' fees and expenses to Class Counsel will be made out of the Settlement Fund. Any such award would compensate Class Counsel for investigating the facts, litigating the case, and negotiating the Settlement and will be the only payment to them for their efforts in achieving this Settlement and for their risk in undertaking this representation on a wholly contingent basis.

Any award for attorneys' fees and expenses for Class Counsel must be approved by the Court. The Court may award less than the amount requested. Class Counsel's papers in support of final approval of the Settlement will be filed no later than January 28, 2025, and their application for attorneys' fees, costs, and expenses will be filed no later than November 25, 2024, and will be posted on the Settlement Website.

**20. What are the Service Awards?**

The Class Representatives will request Service Awards in the amount up to $2,000 each for their time and effort pursuing this matter on behalf of the Class and in achieving the $700,000 non-reversionary common fund settlement. Defendant has not agreed to any Service Awards, and like the attorneys' fees and expenses, are subject to Court approval. This payment for any attorneys' fees and expenses to Class Counsel and service awards will be made out of the Settlement Fund.

**THE COURT'S FINAL APPROVAL HEARING**

**21. When and where with the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing at 11:00 a.m. ET on February 11, 2025, at the Potter Stewart U.S. Courthouse, Room 801, 100 East Fifth Street, Cincinnati, Ohio, or by remote or virtual means as ordered by the Court. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are timely and valid objections, then the Court will consider them and will listen to people who have asked to speak at the hearing if such a request has been properly made. The Court will also rule on the request for an award of attorneys' fees and

reasonable costs and expenses. After the hearing the Court will decide whether to approve the Settlement. We do not know how long these decisions will take. The hearing may be moved to a different date or time without additional notice, so Class Counsel recommend checking **www.cinfeddatasettlement.com** or calling (888) 232-1566.

## 22. Do I have to attend the hearing?

No. Class Counsel will present the Settlement Agreement to the Court. You or your own lawyer are welcome to attend at your expense, but you are not required to do so. If you send an objection, you do not have to visit the Court to talk about it. As long as you filed your written objection on time with the Court and mailed it according to the instructions provided in Question 16, the Court will consider it.

## 23. May I speak at the hearing?

You may ask the Court for permission to speak at the final fairness hearing. To do so, you must file an objection according to the instructions in Question 16, including all the information required. Your objection must be **mailed** to the Clerk of the Court postmarked no later than December 10, 2024.

## IF YOU DO NOTHING

## 24. What happens if I do nothing?

If you do nothing you will not get any money from this Settlement. If the Settlement is granted final approval and the judgment becomes final, then you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendant and the other Released Parties based on any of the Released Claims related to the Data Incident, ever again.

## GETTING MORE INFORMATION

## 25. How do I get more information?

This notice summarizes the proposed Settlement. More details are in the Settlement Agreement itself. A copy of the Settlement Agreement is available at **www.cinfeddatasettlement.com.** You may also call the Settlement Administrator with questions or to request a Claim Form at (888) 232-1566.
This Notice is approved by United States District Court for the District of Ohio.

**DO NOT CONTACT THE COURT DIRECTLY IF YOU HAVE QUESTIONS ABOUT THE SETTLEMENT**. Please contact the Settlement Administrator or Class Counsel if you have any questions about the Settlement.

# EXHIBIT C

### WHO IS A CLASS MEMBER?

In the lawsuit *In re Cinfed Federal Credit Union Data Breach Litigation*, Case No. 1:23-cv-776, United States District Court, Southern District of Ohio, you are a Class Member if you were notified that your private information was potentially affected as a result of the cyber-attack that Defendant Cinfed Federal Credit Union ("Cinfed") experienced between September 22, 2023, until September 25, 2023 (the "Data Incident").

### WHAT ARE THE SETTLEMENT BENEFITS AND TERMS?

The Settlement establishes a $700,000.00 fund to compensate Class Members for their out-of-pocket losses or expenses and to provide them with a pro rata cash payment as well as for the costs of notice and administration, and attorneys' fees and expenses as awarded by the Court. As a Class Member, you are eligible for cash payments as reimbursement for your time and money spent in response to the Data Incident (such as money spent on credit monitoring), as well as for any money you lost as a result of incidents of fraud or identity theft caused by the Data Incident. You must fill out this claim form to receive these benefits. **You may submit a claim for one or more of these benefits, including that you may receive an out-of-pocket loss payment and/or pro rata cash payment. All payments for valid claims under the Settlement, including those Out-of-Pocket Expenses, may be reduced pro rata based on the total number of valid claims.** More information about the types of Claims and how to file them is available at **www.cinfeddatasettlement.com** ("Settlement Website"). The Pro Rata Cash payments under the Settlement are projected to be $65.

### WHAT ARE YOUR RIGHTS AND OPTIONS?

**Submit a Claim Form.** To qualify for a cash payment, you must timely mail a Claim Form that is attached to this notice or timely complete and submit a Claim Form online at **www.Cinfeddatasettlement.com.** Your Claim Form must be postmarked or submitted online no later than **January 8, 2025.** Simpluris, In. is the Settlement Administrator.

**Opt-Out.** You may exclude yourself from the Settlement and retain your ability to sue Cinfed on your own by mailing a written request for exclusion to the Settlement Administrator that is postmarked no later than **December 10, 2024.** If you do not exclude yourself, then you will be bound by the Settlement and give up your right to sue regarding the Released Claims.

**Object.** If you do not exclude yourself, you have the right to object to the Settlement. Written objections must be signed, postmarked no later than **December 10, 2024,** and provide the reasons for the objection. Please visit **www.Cinfeddatasettlement.com** for more details.

**Do Nothing.** If you do nothing, you will not receive a Settlement payment and will lose the right to sue regarding the released claims. You will be bound by the Court's decision because this is a conditionally certified class action.

**Attend the Final Approval Hearing.** The Court will hold a **Final Approval Hearing at 11:00 a.m. ET on February 11, 2025,** to determine if the Settlement is fair, reasonable, and adequate. All persons who timely object to the Settlement may appear at the Final Approval Hearing.

**Who are the attorneys for the Plaintiffs and the proposed Class?** The Court appointed: Terence R. Coates of Markovits, Stock & DeMarco, LLC, 119 E. Court Street, Suite 530, Cincinnati, OH 45202; and Philip J. Krzeski, Chestnut Cambronne, 100 Washington Avenue South, Suite 1700, Minneapolis, MN 55401 as Class Counsel to represent the Class.

**Do I have any obligation to pay attorneys' fees or expenses?** No. The attorneys' fees and expenses will be paid exclusively from the Settlement Fund as awarded and approved by the Court. The attorneys' fees will be in an amount up to $233,333.33 and the expenses will not exceed $15,000. The Attorneys' Fee and Expense Application will be posted on the Settlement Website after it is filed with the Court. Plaintiffs will also seek Class Representative Service Awards in the amount of up to $2,000 for each Class Representative, subject to Court approval.

**Who is the Judge overseeing this settlement?** Judge Douglas R. Cole of the United States District Court for the Southern District of Ohio

**Where may I locate a copy of the settlement agreement, learn more about the case, or learn more about submitting a Claim?** Please visit **www.cinfeddatasettlement.com.**

*** Please note that if you wish to submit a claim for compensation for out-of-pocket expenses on the attached Claim Form, you will likely need to submit your claim online so you may attach all information necessary to support your request for payment. A longer version of the Claim Form may be accessed on the Settlement Website.

**This Notice is a summary of the proposed Settlement.**

------------------------------------------------------------

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO 47     COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

*In re Cinfed Federal Credit Union*
*Data Breach Litigation*
c/o Settlement Administrator
P.O. Box 25229
Santa Ana, CA 92799



*In re Cinfed Federal Credit Union Data Breach Litigation*
c/o Settlement Administrator
P.O. Box 25229
Santa Ana, CA 92799

PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
SIMPLURIS INC

NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU RECEIVED A NOTICE OF A DATA BREACH FROM CINFED CREDIT UNION, YOU ARE ENTITLED TO SUBMIT A CLAIM FOR MONETARY COMPENSATION UNDER A CLASS ACTION SETTLEMENT.**

**www.cinfeddatasettlement.com**

«IMbµullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State»  «Zip»-«ZipDPC3»

SIMID «SIMID»

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CLAIM FORM**

| | | |
|---|---|---|
| **Class Member Name:** | «FirstName» «LastName» | **Class Member ID:** «SIMID» |
| **Mailing Address:** | «Address1» «Address2» «City»,«State»«Zip»-«ZipDPC3» | **PIN:** «PIN» **Notice ID:** «Claim Login ID» |

**Claims must be postmarked no later than January 8, 2025. You may also submit a Claim Form online no later than January 8, 2025.**

New Mailing Address (*only complete if incorrect above*): _____

City: _____ State: ___ ___ Zip Code: ___ ___ ___ ___ ___

Email Address: _____

Out-of-Pocket Monetary Compensation Claimed: $_____ (*NOTE: If you are claiming out-of-pocket losses you must file a Claim Form online or print the full Claim Form from the website and mail it to the Settlement Administrator with supporting documentation.*)

**MONETARY COMPENSATION**

**TO CLAIM A PRO RATA CASH PAYMENT:** All Class Members may submit a claim to receive a Pro Rata Cash Payment by returning this postcard Claim Form, estimated to be approximately $65 which may be increased or decreased pro rata from funds remaining in the Settlement Fund after all claims are submitted. If you return this postcard Claim Form by mail and your claim is accepted, you will receive a cash payment by mailed check. If you would like to receive the cash payment electronically (PayPal, Venmo, Zelle, or Pre-Paid Mastercard) you must go to the settlement website at **www.cinfeddatasettlement.com** and submit your payment information digitally.

**TO CLAIM ADDITIONAL OUT-OF-POCKET EXPENSES:** In addition to the pro rata cash payment, Class Members who believe they suffered out-of-pocket losses as a result of the Data Incident may claim up to $5,000 (subject to pro rata adjustment) for the reimbursement of sufficiently documented expenses. You may claim one or both settlement benefits. However, if you wish to make a claim for out-of-pocket losses, you must either do so by filing a claim online, or by printing the full Claim Form found on the settlement website and submitting it via mail with supporting documentation for this claim.

**YOU MAY ONLY USE THIS CLAIM FORM FOR THE PRO RATA CASH PAYMENT**

**By signing my name below, I swear and affirm that the information included on this Claim Form is true and accurate, and that I am completing this Claim Form to the best of my personal knowledge.**

Signature: _____ Date: _____/_____/_____

Print Name: _____

«Barcode»
«BarcodeString»

SIMID  «SIMID»

# EXHIBIT D

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

*In re Cinfed Federal Credit Union Data Breach Litigation*, **Case No. 1:23-cv-776**
<u>**A court has authorized this notice. This is not a solicitation from a lawyer.**</u>

---

**If You Were Subject to the Cinfed Federal Credit Union ("Cinfed") Data Incident and Previously Received a Notice Letter Notifying You of the Incident, You Could be Eligible for a Payment from a Class Action Settlement**

---

- You may be eligible to receive a payment from a proposed $700,000 non-reversionary class action settlement (the "Settlement Fund").
- The class action lawsuit concerns a cyberattack experienced by Cinfed between September 22, 2023, until September 25, 2023, (the "Data Incident") involving Cinfed in which it was determined that an unauthorized third party may have gained access to certain Cinfed files containing names, Social Security numbers, and financial information (collectively referred to in this Settlement as "Private Information"). Cinfed denies any wrongdoing and denies that it has any liability but has agreed to settle the lawsuit on a classwide basis.
- To be eligible to make a claim, you must have received a notice letter of the Cinfed Data Breach that occurred between September 22, 2023, until September 25, 2023.
- Eligible claimants under the Settlement Agreement will be eligible to receive the following Settlement benefits:

  ❖ **<u>Pro-Rata Cash Payment</u>: $65 cash payment from the Settlement Fund that will be increased or decreased *pro rata* depending on the amount remaining in the Settlement Fund after allocation of the Settlement Fund for reimbursement of documented Out-of-Pocket Expenses, attorneys' fees and expenses, Service Awards, and Notice and Administrative Expenses; and/or,**

  ❖ **<u>Out-of-Pocket Expenses</u>: Reimbursement for the actual amount of unreimbursed Out-of-Pocket Expenses or expenses up to $5,000, with supporting documentation of the monetary losses or expenses.**

- For more information or to submit a claim visit **www.cinfeddatasettlement.com** or call (888) 232-1566 Monday through Saturday, between 8:30 a.m. and 5:00 p.m. C.T.
- **Please read this notice carefully. Your legal rights will be affected, and you have a choice to make at this time.**

|  | **Summary of Legal Rights** | **Deadline(s)** |
|---|---|---|
| **Submit a Claim Form** | The only way to receive payment. | Submitted or Postmarked on or Before **January 8, 2025** |
| **Exclude Yourself By Opting Out of the Class** | Receive no payment. If you are a Class Member, you must exclude yourself from this class action settlement in order to retain your right to bring any other lawsuit against Defendant for the same claims. | Submitted or Postmarked on or Before **December 10, 2024** |
| **Object to the Settlement and/or Attend the Fairness Hearing** | You can write the Court about why you agree or disagree with the Settlement. The Court cannot order a different Settlement. You can also ask to speak to the Court at the Final Approval Hearing on **February 11, 2025,** about the fairness of the Settlement, with or without your own attorney. | Received on or Before **December 10, 2024** |
| **Do Nothing** | Receive no payment. Give up rights if you are a Class Member. | No Deadline. |

- Your rights and options as a Class Member – and the deadlines to exercise your rights – are explained in this notice.
- The Court still will have to decide whether to approve the Settlement. Payments to Class Members will be made if the Court approves the Settlement and after any possible appeals are resolved.

## What This Notice Contains

**Basic Information** ............................................................................................................. 3

**Who is in the Settlement** ................................................................................................... 3

**The Settlement Benefits—What You Get if You Qualify** ............................................... 4

**How do You Submit a Claim** ............................................................................................ 5

**What Does Defendant Get** ................................................................................................ 5

**Excluding Yourself from the Settlement** ......................................................................... 5

**Objecting to the Settlement** ............................................................................................. 6

**The Lawyers Representing You** ....................................................................................... 7

**Service Awards** ................................................................................................................. 7

**The Court's Fairness Hearing** .......................................................................................... 8

**If You Do Nothing** ............................................................................................................ 8

**Getting More Information** ................................................................................................ 8

## BASIC INFORMATION

**1.    Why is there a notice?**

The Court authorized this notice because you have a right to know about the Settlement, and all of your options, before the Court decides whether to give "final approval" to the Settlement. This notice explains the nature of the lawsuit that is the subject of the Settlement, the general terms of the Settlement, and your legal rights and options.

Judge Douglas R. Cole of the United States District Court for the Southern District of Ohio case captioned as *In Re: Cinfed Federal Credit Union Data Breach Litigation,* Case No. 1:23-cv-776. The individuals who brought the lawsuit, Plaintiffs Valencia Davis, Angela Whitterson, Kendall Burwick, Christopher Talbot-Jones, and Daniel Paige are called the Plaintiffs. The entity being sued, Cinfed, called the Defendant.

**2.    What is this lawsuit about?**

The lawsuit claims that Defendant was responsible for the Data Incident and that Plaintiffs were injured as a result of the Data Incident.

Defendant denies these claims and says it did not do anything wrong. No court or other judicial entity has made any judgment or other determination that Defendant has any liability for these claims or did anything wrong.

**3.    Why is this lawsuit a class action?**

In a class action, one or more people called class representatives or representative plaintiffs sue on behalf of all people who have similar claims. Together, all of these people are called a class, and the individuals are called class members. One court resolves the issues for all class members, except for those who exclude themselves from the class.

**4.    Why is there a Settlement?**

The Court has not decided in favor of the Plaintiffs or Defendant. Instead, both sides agreed to the Settlement. The Settlement avoids the cost and risk of a trial and related appeals, while providing benefits to members of the Class ("Class Members"). The Class Representatives appointed to represent the Class and the attorneys for the Class ("Class Counsel," see Question 18) think the Settlement is best for all Class Members.

## WHO IS IN THE SETTLEMENT?

**5.    How do I know if I am part of the Settlement?**

You are a Class Member if you reside in the United States and your Private Information was affected by the Data Incident, including those Person who were sent a Notice Letter notifying them that their Private Information was affected by the data Incident.

Only Class Members are eligible to receive benefits under the Settlement. Specifically excluded from the Class are (i) all Persons who timely and validly request exclusion from the Class, (ii) the Judge assigned to evaluate the fairness of this settlement; and (iii) any other Person found by a court of

competent jurisdiction to be guilty under criminal law of initiating, causing, aiding or abetting the criminal activity occurrence of the Data Incident or who pleads *nolo contendere* to any such charge.

## 6. What if I am not sure whether I am included in the Settlement?

If you are not sure whether you are included in the Settlement, you may call (888) 232-1566 with questions. You may also write with questions to:

Cinfed Settlement Administrator

P.O. Box 25226

Santa Ana, CA 92799

**www.cinfeddatasettlement.com**

**THE SETTLEMENT BENEFITS – WHAT YOU GET IF YOU QUALIFY**

## 7. What does the Settlement provide?

The Settlement provides that Defendant will fund the following payments up to a total of $700,000: (a) up to $5,000 for reimbursement of your documented Out-of-Pocket Expenses reasonably traceable to the Data Incident; and (b) a *pro rata* $65 cash payment, subject to adjustment as set forth below.

The $65 *pro rata* payment will be dispersed after the distribution of attorneys' fees, Class Counsel's litigation expenses, Service Awards, Notice and Administrative Expenses, and other Settlement benefits to claimants. The other Settlement benefits are also subject to *pro rata* reduction as needed in the event that the total claims exceed the $700,000 cap on payments to be made by Defendant, and payments may also be increased on a *pro rata* basis until the Settlement Fund is distributed. Payment of (1) attorneys' fees, costs, and expenses (see Question 19) and (2) the costs of notifying the Class and administering the Settlement will also be paid out of the Settlement Fund.

## 8. What payments are available for reimbursement under the Settlement?

Class Members who submit a claim are eligible to receive:

a) A potential residual cash payment of the remainder funds, which is estimated to be $65 but may adjusted upward or downward *pro rata* based on how many other claims are made.

b) Reimbursement of actual, documented, unreimbursed Out-of-Pocket Expenses resulting from the Data Incident (up to $5,000 in total), such as the following incurred on or after September 1, 2023:

- Unreimbursed losses relating to fraud or identity theft;
- Professional fees including attorneys' fees, accountants' fees, and fees for credit repair services;
- Costs associated with freezing or unfreezing credit with any credit reporting agency;
- Credit monitoring costs that were incurred on or after the Data Incidentthrough the date of claim submission;
- Parking expenses or other transportation expenses for trips to a financial institution to address fraudulent charges or receive a replacement payment card;
- Instances of verified fraud such as fraudulent bank or credit card charges, fraudulent tax filings, fraudulent opening/closing of bank or credit accounts, unemployment filings, or

other fraudulent actions taken using your information from the Data Incident;

- Miscellaneous expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges; and
- Other expenses that are reasonably attributable to the Data Incident that were not reimbursed.

## HOW DO YOU SUBMIT A CLAIM?

### 9.    How do I get a benefit?

To receive a benefit under the Settlement, you must complete and submit a claim for that benefit (a "Claim"). Every Claim must be made on a form ("Claim Form") available at **www.Cinfeddatasettlement.com** or by calling (888) 232-1566. Claim Forms will also be sent to Class Members as part of the postcard notice and tear-off Claim Form that will be mailed to Class Members. Read the instructions carefully, fill out the Claim Form, provide the required documentation, and submit it according to the instructions on the Claim Form.

### 10.   How will claims be decided?

The Settlement Administrator will decide whether and to what extent any Claim made on each Claim Form is valid. The Settlement Administrator may require additional information. If you do not provide the additional information in a timely manner, then the Claim will be considered invalid and will not be paid.

### 11.   When will I get my payment?

The Court will hold a Final Approval Hearing on **February 11, 2025, at 11:00 a.m. EST** to decide whether to approve the Settlement. If the Court approves the Settlement, there may be appeals from that decision and resolving those can take time, perhaps more than a year. It also takes time for all the Claim Forms to be processed. Please be patient.

## WHAT DOES DEFENDANT GET?

### 12.   What am I giving up as part of the Settlement?

The Defendant gets a release from all claims covered by this Settlement. Thus, if the Settlement becomes final and you do not exclude yourself from the Settlement, you will be a Class Member and you will give up your right to sue Defendant and other persons ("Released Persons") as to all claims ("Released Claims") arising out of or relating to the Data Incident. This release is described in the Settlement Agreement, which is available at **www.cinfeddatasettlement.com**. If you have any questions you can talk to the law firms listed in Question 18 for free or you can talk to your own lawyer.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want to be part of this Settlement, then you must take steps to exclude yourself from the Class. This is sometimes referred to as "opting out" of the Class.

### 13.   If I exclude myself, can I get a payment from this Settlement?

No. If you exclude yourself you will not be entitled to receive any benefits from the Settlement, but you will not be bound by any judgment in this case.

### 14. If I do not exclude myself, can I sue Defendant for the same thing later?

No. Unless you exclude yourself, you give up any right to sue Defendant (and any other Released Persons) for the claims that this Settlement resolves. You must exclude yourself from the Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case. If you want to exclude yourself, then do not submit a Claim Form to ask for any benefit under the Settlement.

### 15. How do I exclude myself from the Settlement?

To exclude yourself, send a letter that says you want to be excluded or opt-out from the Settlement in *In re Cinfed Federal Credit Union Data Breach Litigation,* Case No. 1:23-cv-776, Untied States District Court, Southern District of Ohio. The letter must: (a) state your full name, address, and telephone number; (b) contain your personal and original signature or the original signature of a person authorized by law to act on your behalf; and (c) state unequivocally your intent to be excluded from the Settlement. You must mail your exclusion request postmarked by **December 10, 2024,** to:

Cinfed Settlement Administrator

P.O. Box 25226

Santa Ana, CA 92799

**OBJECTING TO THE SETTLEMENT**

### 16. How do I tell the Court that I do not like the Settlement?

You can tell the Court that you do not agree with the Settlement or some part of it by objecting to the Settlement. The Court will consider your views in its decision on whether to approve the Settlement. The Court can only approve or deny the Settlement and cannot change its terms. To object, you must mail your objection to the Clerk of the Court, at the mailing addresses listed below, postmarked by **no later** than the Objection Deadline, **December 10, 2024:**

| Court |
|---|
| Office of the Clerk<br>Potter Stewart U.S. Courthouse, Room 103<br>100 East Fifth Street<br>Cincinnati, Ohio<br>(513) 564-7620 |

Your objection must be written and must include all of the following: (i) the objector's full name and address; (ii) the case name and docket number, *In re Cinfed Federal Credit Union Data Breach Litigation,* Case No. 1:23-cv-776 (S.D. Ohio); (iii) information identifying the objector as a Class Member, including proof that the objector is a member of the Class (e.g., copy of the objector's settlement notice, copy of original notice of the Data Incident, or a statement explaining why the

objector believes he or she is a Class Member); (iv) a written statement of all grounds for the objection, accompanied by any legal support for the objection the objector believes applicable; (v) the identity of any and all counsel representing the objector in connection with the objection; (vi) a statement whether the objector and/or his or her counsel will appear at the Final Fairness Hearing; and (vii) the objector's signature or the signature of the objector's duly authorized attorney or other duly authorized representative (if any) representing him or her in connection with the objection.

## 17.   What is the difference between objecting and asking to be excluded?

Objecting is telling the Court that you do not like the Settlement and why you do not think it should  be approved. You can object only if you are a Class Member. Excluding yourself is  telling the Court that you do not want to be part of the Class and do not want to receive  any payment from the Settlement. If you exclude yourself, then you have no basis to object because  you are no longer a member of the Class and the case no longer affects you.  If you submit both a valid objection and a valid request to be excluded, you will be deemed to have only  submitted the request to be excluded.

### THE LAWYERS REPRESENTING YOU

## 18.   Do I have a lawyer in this case?

Yes. The Court appointed Terence R. Coates of Markovits, Stock & DeMarco, LLC, 119 E. Court Street, Suite 530, Cincinnati, OH 45202; and Philip J. Krzeski, Chestnut Cambronne, 100 Washington Avenue South, Suite 1700, Minneapolis, MN 55401 as Class Counsel to represent the Class. If you want to be represented by your own lawyer, then you may hire one at your own expense.

## 19.   How will the lawyers be paid?

Class Counsel will ask the Court for an award for attorneys' fees up to $233,333.33 plus litigation expenses not to exceed $15,000. Defendant has agreed not to object to any award of attorneys' fees, costs, and expenses up to those amounts, to the extent they are approved by the Court. This payment for any attorneys' fees and expenses to Class Counsel will be made out of the Settlement Fund. Any such award would compensate Class Counsel for investigating the facts, litigating the case, and negotiating the Settlement and will be the only payment to them for their efforts in achieving this Settlement and for their risk in undertaking this representation on a wholly contingent basis.

Any award for attorneys' fees and expenses for Class Counsel must be approved by the Court. The Court may award less than the amount requested. Class Counsel's papers in support of final approval of the Settlement will be filed no later than January 28, 2025, and their application for attorneys' fees, costs, and expenses will be filed no later than November 25, 2024, and will be posted on the Settlement Website.

## 20.   What are the Service Awards?

### SERVICE AWARDS TO THE CLASS REPRESENTATIVES

The Class Representatives will request Service Awards in the amount up to $2,000 each for their time and effort pursuing this matter on behalf of the Class and in achieving the $700,000 non-reversionary common fund settlement. Defendant has not agreed to any Service Awards, and like the attorneys' fees and expenses, are subject to Court approval. This payment for any attorneys' fees and expenses to Class Counsel and service awards will be made out of the Settlement Fund.

## THE COURT'S FINAL APPROVAL HEARING

**21. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing at 11:00 a.m. ET on February 11, 2025, at the Potter Stewart U.S. Courthouse, Room 801, 100 East Fifth Street, Cincinnati, Ohio, or by remote or virtual means as ordered by the Court. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are timely and valid objections, then the Court will consider them and will listen to people who have asked to speak at the hearing if such a request has been properly made. The Court will also rule on the request for an award of attorneys' fees and reasonable costs and expenses. After the hearing the Court will decide whether to approve the Settlement. We do not know how long these decisions will take. The hearing may be moved to a different date or time without additional notice, so Class Counsel recommend checking **www.cinfeddatasettlement.com** or calling (888) 232-1566.

**22. Do I have to attend the hearing?**

No. Class Counsel will present the Settlement Agreement to the Court. You or your own lawyer are welcome to attend at your expense, but you are not required to do so. If you send an objection, you do not have to visit the Court to talk about it. As long as you filed your written objection on time with the Court and mailed it according to the instructions provided in Question 16, the Court will consider it.

**23. May I speak at the hearing?**

You may ask the Court for permission to speak at the final fairness hearing. To do so, you must file an objection according to the instructions in Question 16, including all the information required. Your objection must be **mailed** to the Clerk of the Court postmarked no later than December 10, 2024.

## IF YOU DO NOTHING

**24. What happens if I do nothing?**

If you do nothing you will not get any money from this Settlement. If the Settlement is granted final approval and the judgment becomes final, then you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendant and the other Released Parties based on any of the Released Claims related to the Data Incident, ever again.

## GETTING MORE INFORMATION

**25. How do I get more information?**

This notice summarizes the proposed Settlement. More details are in the Settlement Agreement itself. A copy of the Settlement Agreement is available at **www.cinfeddatasettlement.com.** You may also call the Settlement Administrator with questions or to receive a Claim Form at (888) 232-1566.

This Notice is approved by United States District Court for the District of Ohio.

**DO <u>NOT</u> CONTACT THE COURT DIRECTLY IF YOU HAVE QUESTIONS ABOUT THE SETTLEMENT**. Please contact the Settlement Administrator or Class Counsel if you have any questions about the Settlement.

# EXHIBIT E

## CLAIM FORM FOR THE CINFED CREDIT UNION DATA INCIDENT BENEFITS

### USE THIS FORM TO MAKE A CLAIM FOR A PRO RATA CASH PAYMENT
### AND/OR OUT-OF-POCKET LOSS PAYMENT

For more information, call (888) 232-1566 or visit the website ***www.cinfeddatasettlement.com***

*Para una notificación en Español, pueda llamar (888) 232-1566 o visitar nuestro sitio de web **www.cinfeddatasettlement.com**.*

**The DEADLINE to submit this Claim Form online (or have it postmarked for mailing) is**

**<u>January 8, 2025</u>**

## I.     GENERAL INSTRUCTIONS

If you were notified that your private information was potentially affected in a cyberattack experienced by Defendant Cinfed Credit Union ("Cinfed" or "Defendant"), you are a Class Member. This event is referred to here as the "Data Incident."

The Settlement establishes a $700,000.00 fund to compensate Class Members for any lost time and out-of-pocket losses or expenses as well as for the costs of notice and administration, and attorneys' fees and expenses as awarded by the Court. As a Class Member, you are eligible for cash payments as reimbursement for your time and money spent in response to the Data Incident (such as money spent on credit monitoring), as well as for any money you lost as a result of incidents of fraud or identity theft caused by the Data Incident. You must fill out this claim form to receive these benefits. **You may submit a claim for one or more of these benefits, including that you may receive each of a pro rata cash payment and/or out-of-pocket loss payment. All payments for valid claims under the Settlement, including those for Pro Rata Cash Payment and Out-of-Pocket Expenses, may be reduced pro rata based on the total number of valid claims.**

The benefits are as follows:

### a.     <u>Pro Rata Cash Payment</u>

After distributing funds for the claims payments set forth above to claimants, as well as attorneys' fees, Class Counsel's litigation expenses, and Administrative Fees, if there is any money left over, the Settlement Administrator will make $65 *pro rata* settlement payments of the remaining Settlement Fund to each Settlement Class Member who submits a cash payment claim. The remaining amount of the Settlement Fund will be distributed *pro rata* for each Settlement Class Member who submits a valid claim, which may increase or decrease the $65 cash payment amount.

### b.     <u>Out-of-Pocket Expenses</u>

You are eligible to receive reimbursement for money you paid to protect yourself from the Data Incident such as money spent on a credit monitoring service. You are also eligible to receive reimbursement for money you lost as a result of fraud or identity theft, if that money has not been reimbursed from another source. This includes:

- Unreimbursed losses relating to fraud or identity theft;
- Professional fees including attorneys' fees, accountants' fees, and fees for credit repair services;
- Costs associated with freezing or unfreezing credit with any credit reporting agency;
- Credit monitoring costs that were incurred on or after the Data Incident through the date of claim submission;
- Parking expenses or other transportation expenses for trips to a financial institution to address fraudulent charges or receive a replacement payment card;
- Instances of verified fraud such as fraudulent bank or credit card charges, fraudulent tax filings, fraudulent opening/closing of bank or credit accounts, unemployment filings, or other fraudulent actions taken using your information from the Data Incident; and
- Miscellaneous expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges.
- Other expenses that are reasonably attributable to the Data Incident that were not reimbursed.

These Out-of-Pocket Expenses must be documented; you must submit copies of documents supporting your claims, such as receipts or other documentation. "Self-prepared" documents, such as handwritten receipts, will not count as documentation, but you can submit them as clarification to other, official documents.

## Completing the Claim Form

This Claim Form may be submitted online at **www.cinfeddatasettlement.com** or completed and mailed to the address below. Please type or legibly print all requested information in blue or black ink. If submitting by U.S. mail, mail your completed Claim Form, including any supporting documentation, to:

Cinfed Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

### CLAIMANT INFORMATION

The Settlement Administrator will use this information for all communications regarding this Claim Form and the Settlement. If this information changes prior to distribution of cash payments, you must notify the Settlement Administrator in writing at the address above.

Claimant Name: _____
              First Name                        MI     Last Name

Street Address: _____

Street Address Second Line: _____

City: _____ State: _____ Zip Code: _____

Class Member ID: _____

If you received a notice of this Settlement by U.S. mail, your Class Member ID is on the envelope or postcard.
If you received a notice of this Settlement by email, your Class Member ID is in the email.

E-mail Address: _____

[optional] Daytime Phone Number: ( _____ ) _____ - _____

[optional] Evening Phone Number: ( _____ ) _____ - _____

**You may submit a claim for one or more of these benefits:**

   **1) CASH PAYMENT**

**Pro Rata Cash Payment**: Would you like to receive a cash payment under the Settlement? **(circle one)**

**Yes**          **No**

** The payment under this option will originally be set at $65; however, the value of the cash payment under this option will be increased or decreased pro rata based on the balance of the Settlement Fund after the payment of other benefits and attorneys' and settlement administrator fees and expenses.

## 2) REIMBURSEMENT FOR OUT-OF-POCKET EXPENSES

☐ Please check this box here if you are electing to seek reimbursement for unreimbursed **Out-of-Pocket Expenses** and such claimed losses above will total no more than $5,000.00. You must provide reasonable documentation of the claimed Out-of-Pocket Expenses. Self-attested documentation will not suffice.

### Making a Claim for Out-of-Pocket Expenses

In order to make a claim for Out-of-Pocket Expenses, **you must** (i) fill out the information below, or fill out a separate sheet to be submitted with this Claim Form; (ii) sign the Certification at the end of this Claim Form (section III); and (iii) include reasonable documentation supporting each claimed loss along with this Claim Form. Out-of-Pocket Expenses need to be deemed fairly traceable to the Data Incident by the Settlement Administrator based on the documentation you provide and the facts of the Data Incident.

**Failure to meet the requirements of this section may result in your claim being rejected by the Settlement Administrator.**

| Out-of-Pocket Cost Type (Fill all that apply) | Approximate Date of Loss | Amount of Loss | Description of Supporting Reasonable Documentation (Identify what you are attaching and why) |
|---|---|---|---|
| ☐ Unreimbursed fraud losses or charges. | ☐☐ / ☐☐ / ☐☐ <br><br> (mm/dd/yy) | $ ☐☐☐☐☐ . ☐☐ | *Examples: Account statement with unauthorized charges highlighted; Correspondence from financial institution declining to reimburse you for fraudulent charges.* <br> Your documents: _____ <br> _____ |

| | | | |
|---|---|---|---|
| ☐ Professional fees incurred in connection with identity theft or falsified tax returns. | ☐ / ☐ / ☐<br><br>(mm/dd/yy) | $ ☐ ☐ ☐ ☐ . ☐ ☐ | *Examples:   Receipt for hiring service to assist you in addressing identity theft; Accountant bill for re-filing tax return.*<br>Your documents: _____<br>_____<br>_____ |
| ☐ Credit freeze. | ☐ / ☐ / ☐<br><br>(mm/dd/yy) | $ ☐ ☐ ☐ ☐ . ☐ ☐ | *Example:  Receipts or account statements reflecting purchases made for credit monitoring and insurance services.*<br>Your documents: _____<br>_____ |
| ☐   Credit Monitoring ordered after receipt of the Data Incident Notice. | ☐ / ☐ / ☐<br><br>(mm/dd/yy) | $ ☐ ☐ ☐ ☐ . ☐ ☐ | *Example:  Receipts or account statements reflecting purchases made for credit monitoring and insurance services.*<br>Your documents: _____<br>_____ |
| ☐ Miscellaneous expenses such as notary, fax, postage, gas, copying, mileage, and long-distance telephone charges. | ☐ / ☐ / ☐<br><br>(mm/dd/yy) | $ ☐ ☐ ☐ ☐ . ☐ ☐ | *Examples:  Example:  Phone bills, gas receipts, postage receipts; detailed list of locations to which you traveled (i.e. police station, IRS office) why you traveled there (i.e. police report or letter from IRS re: falsified tax return) and number of miles you traveled to remediate or address issues related to the Data Incident.*<br>Your documents: _____<br>_____ |
| ☐ Lost interest or other damages resulting from a delayed state and/or federal tax refund in connection with fraudulent tax return filing. | ☐ / ☐ / ☐<br><br>(mm/dd/yy) | $ ☐ ☐ ☐ ☐ . ☐ ☐ | *Examples: Letter from IRS or state about tax fraud in your name; Documents reflecting length of time you waited to receive federal and/or state tax refund and the amount of any tax refund that you did not receive due to the tax fraud.*<br>Your documents: _____<br>_____ |

| ☐ Other (provide detailed description). | ☐/☐/☐ (mm/dd/yy) | $☐☐☐.☐☐ | *Please provide detailed description below or in a separate document submitted with this Claim Form.* Your documents: _____ _____ |
| ☐ Fraudulent bank or credit card charges. | ☐/☐/☐ (mm/dd/yy) | $☐☐☐.☐☐ | *Examples: Account statement with unauthorized charges highlighted; correspondence with credit card company disputing the charges.* Your documents: _____ _____ |
| ☐ Fraudulent tax filings. | ☐/☐/☐ (mm/dd/yy) | $☐☐☐.☐☐ | *Examples: Letter from IRS or state about tax fraud in your name; Accountant bill for re-filing tax return.* Your documents: _____ _____ _____ |
| ☐ Opening of bank accounts and/or credit cards in your name. | ☐/☐/☐ (mm/dd/yy) | $☐☐☐.☐☐ | *Examples: Notification from bank of new credit card or account; correspondence with bank about closing the account.* Your documents: _____ _____ _____ |
| ☐ Government benefits taken in your name. | ☐/☐/☐ (mm/dd/yy) | $☐☐☐.☐☐ | *Examples: Notification of unemployment benefits being taken; correspondence with agency regarding issue.* Your documents: _____ _____ _____ |

If you **do not submit** reasonable documentation supporting a claim for Out-of-Pocket Expenses, or your claim for an Out-of-Pocket Expenses payment is rejected by the Settlement Administrator for any reason and you do not cure the defect, only your claim for a Pro Rata Cash Payment, if such claim is made, will be considered.

### III.      CERTIFICATION

By submitting this Claim Form, I certify that I am eligible to make a claim in this settlement and that the information provided in this Claim Form and any attachments are true and correct. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I understand that this claim may be subject to audit, verification, and Court review and that the Settlement Administrator may require supplementation of this Claim or additional information from me. I also understand that all claims for payments under this Settlement are subject to the availability of settlement funds and may be reduced in part or in whole, depending on the type of claim and the determinations of the Settlement Administrator.

Signature: _____          Date: _____

Print Name: _____